448

112 A.3d 1208

Steven **BURDA, Petitioner**

v.

Alla **KORENMAN (f/k/a Alla Burda), Respondent.**

**No. 41 MM 2015.**

Supreme Court of Pennsylvania.

April 8, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of April, 2015, the "Emergency Application for Extraordinary Relief" and the Application for Relief are **DENIED.**